No. 681. FRED W. LAKE ET AL., PLAINTIFFS IN ERROR, *v.* THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF KERN. In error to the Supreme Court of the State of California. Motion to dismiss or affirm submitted December 22, 1913. Decided January 19, 1914. *Per Curiam.* Dismissed for want of jurisdiction, upon the authority of No. 680, just decided, and authorities there cited. *Mr. James F. Peck* and *Mr. Charles C. Boynton* for the plaintiffs in error. *Mr. William J. Hunsaker, Mr. E. W. Britt, Mr. Frank H. Short* and *Mr. D. S. Ewing* for the defendant in error.

———

No. 154. WOODWARD COTTON COMPANY, APPELLANT, *v.* THE CITY OF WOODWARD ET AL. Appeal from the Circuit Court of the United States for the Western District of Oklahoma. Argued and submitted January 16, 1914. Decided January 26, 1914. *Per Curiam.* Affirmed on the authority of *Madera Water Works Company* v. *Madera*, 228 U. S. 454; *Memphis* v. *Cumberland Telephone & Telegraph Company*, 218 U. S. 624; *Knoxville Water Company* v. *City of Knoxville*, 200 U. S. 22, and *Bienville Water Works Company* v. *City of Mobile*, 175 U. S. 109, and cause remanded to the District Court of the United States for the Western District of Oklahoma. *Mr. John Devereux* for the appellant. *Mr. Webster Ballinger* and *Mr. Charles A. Loomis* for the appellees.

———

No. 174. THE DISTRICT OF COLUMBIA, PLAINTIFF IN ERROR, *v.* PHILADELPHIA, BALTIMORE & WASHINGTON RAILROAD COMPANY. In error to the Court of Appeals of the District of Columbia. Argued January 19, 1914.

Decided January 26, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *American Security & Trust Company v. Commissioners of the District of Columbia,* 224 U. S. 491. The petition for a writ of certiorari is denied. *Mr. F. H. Stephens* and *Mr. Conrad H. Syme* for the plaintiff in error. *Mr. Frederic D. McKenney, Mr. John Spalding Flannery* and *Mr. William Hitz* for the defendant in error.

---

No. 196. J. E. ARNOTT ET AL., PLAINTIFFS IN ERROR, *v.* SOUTHERN RAILWAY COMPANY. In error to the Supreme Court of the State of Tennessee. Argued January 26, 1914. Decided February 2, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Hammond v. Johnston,* 142 U. S. 73; *New Orleans v. N. O. Water Works Co.,* 142 U. S. 79; *Arkansas Southern R. R. v. German Bank,* 207 U. S. 270; *Waters-Pierce Oil Co. v. Texas,* 212 U. S. 112; *Rogers v. Jones,* 214 U. S. 196. *Mr. C. J. St. John* for the plaintiffs in error. *Mr. L. E. Jeffries* for the defendant in error.

---

No. 316. S. W. WASHINGTON ET AL., SURVIVING TRUSTEES, ETC., APPELLANTS, *v.* JOSEPH F. TEARNEY ET AL., SURVIVING EXECUTORS, ETC. Appeal from the United States Circuit Court of Appeals for the Fourth Circuit. Motion to dismiss or affirm submitted January 26, 1914. Decided February 2, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Chapman v. Bowen,* 207 U. S. 89; *Kenney v. Craven,* 215 U. S. 125; *Blake v. Openhym,* 216 U. S. 322; *J. W. Calnan Co. v. Doherty,* 224 U. S. 145. *Mr. James M. Mason, Jr.,* for the appellants. *Mr. Forrest W. Brown* and *Mr. R. T. Barton* for the appellee.